UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cr-00093-SEB-TAB |
| | ) | |
| STEVEN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Steven Smith's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 21 months in the custody of the Attorney General or his designee, with no supervised release to follow. The Court recommends that the Bureau of Prisons credited the Defendant for the time he was incarcerated at the Henderson County Detention awaiting a hearing for the conduct that is the subject of Violation Nos. 6 and 7, from November 19, 2015 through January 6, 2016. The Court further recommends that the Defendant be designated to the facility at FCI Terre Haute to serve this sentence.

SO ORDERED.

Date: 4/19/2016

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service