AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

<u>Southern</u>    District of    <u>Indiana</u>

<table>
<tr><td>UNITED STATES OF AMERICA<br>v.<br><br>STEVEN SMITH</td><td>**Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.    1:06CR00093-001<br>USM No.    08225-028<br><br>Gwendolyn M. Beitz<br>Defendant's Attorney</td></tr>
</table>

**THE DEFENDANT:**

☒ admitted guilt to Violation Number(s) _____ 6 and 7 _____ of the petition (Prob. 12C).

☐ was found in violation of Violation Number(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Illicit Drug Use (Methamphetamines/Marijuana) | 11/2/2015 |
| 7 | Failure to Participate in Drug Treatment Program | 11/2/2015 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated Violation Number(s) _1-5_ and is discharged as to such violation(s).

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. _0771_     4/19/2016
                                                      Date of Imposition of Judgment

Defendant's Year of Birth: _____1979_____

City and State of Defendant's Residence:

_Westport, Indiana_



SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Date: 4/22/2016

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By: Kelly Potts
Deputy Clerk

AO 245D      (Rev. 09/13) Judgment in a Criminal Case for Revocations
             Sheet 2 — Imprisonment

Judgment — Page  2  of  2

DEFENDANT:    STEVEN SMITH
CASE NUMBER:    1:06CR00093-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :   21 months

☒  The court makes the following recommendations to the Bureau of Prisons:
   The defendant be designated to FCI Terre Haute, Indiana.   That the defendant receive credit for the term of incarceration from November 19, 2015, to January 6, 2016.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL